**CHENEY CO., Appellant, v. D. Coyle CUNNINGHAM et al.**

No. 7736.

Circuit Court of Appeals, Third Circuit.

Argued April 20, 1942.

Decided May 20, 1942.

Charles F. Miller, Jr., of Washington, D. C. (Richard E. Marine, of Pittsburgh, Pa., and Emory, Holcombe & Miller, of Washington, D. C., on the brief), for appellant.

Wm. H. Parmelee, of Pittsburgh, Pa., for appellees.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed upon the opinion of Judge Schoonmaker, 37 F.Supp. 224.

**George L. KELLER v. UNITED STATES of America.**

No. 2536.

Circuit Court of Appeals, Tenth Circuit.
March 26, 1942.

No appearance for appellant.

John Brett, Asst. U. S. Atty., of Oklahoma City, Okl., for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee.

**MARYLAND CASUALTY COMPANY v. STATE OF OKLAHOMA ex rel. LINWOOD O. NEAL, Bank Commissioner.**

No. 2508.

Circuit Court of Appeals, Tenth Circuit.
April 6, 1942.

Ames, Monnet, Hayes & Brown, of Oklahoma City, Okl., for appellant.

Mac Q. Williamson, Atty. Gen., Houston E. Hill, Asst. Atty. Gen., John H. Poe, Asst. Atty. Gen., of Oklahoma, and Albert McRill, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.